204 So.2d 574

**The WHITE MOTOR COMPANY**

**v.**

**PIGGY BAK CARTAGE CORPORATION and William S. Vincent.**

No. 48959.

Dec. 11, 1967.

Writ refused. The result is correct.

SANDERS, J., is of the opinion a writ should be granted. A conflict has developed in the decisions as between circuits

of the Court of Appeal. See Tapp v. Guaranty Finance Company (1st cir. 1963) 158 So.2d 228.

SUMMERS, J., is of the opinion the writ should be granted.